UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-90-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MICHAEL HENDERSON | |

On motion of the Defendant, Michael Henderson, and for good cause shown, it is hereby ORDERED that [DE-52] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __16__ day of September, 2014.

                _____
                JAMES C. FOX
                Senior United States District Judge