UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-90-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| MICHAEL HENDERSON | |

On motion of the Defendant, Michael Henderson, and for good cause shown, it is hereby ORDERED that the **[DE-56]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 27 day of March, 2015.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge