UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-90-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| MICHAEL HENDERSON | |

On motion of the Defendant, Michael Henderson, and for good cause shown, it is hereby ORDERED that **DE-75** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **11** day of April 2017.

_Terrence Boyle_
United States District Judge