ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael Henderson　　　　　　　　　　　　　　　　Docket No. 5:11-CR-90-1BO

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Michael Henderson, who was placed under pretrial release supervision by the Honorable James C. Fox, Senior U.S. District Judge, sitting in the Court at Wilmington, on the 6th day of June, 2011. He was convicted of Access Device Fraud and Aiding and Abetting in violation of 18 U.S.C. § 1029(a)(5) and 18 U.S.C. § 2 as well as Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1). The defendant was sentenced to 25 months of incarceration with the Bureau of Prisons, to be followed by a three year term of supervised release.

An order extending his report date to the Bureau of Prisons to August 31, 2017, was granted by the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, on April 11, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 11, 2017, the defendant was arrested by Uxbridge Police Department in Uxbridge, Massachusetts and charged with Operating Under the Influence of Liquor (Second Offense), Negligent Operation of a Motor Vehicle, and Violation of Town Law (Open Container). The case number for the above listed offenses is TUXB201700121. His blood alcohol content at the time of arrest was 0.26. He was arraigned in Uxbridge District Court in Uxbridge, Massachusetts on May 12, 2017. Bail was set at $1,040.00.

**PRAYING THAT THE COURT WILL ORDER** that the previously executed order extending the defendant's reporting date to the Bureau of Prisons be vacated, and that the defendant be immediately taken into custody.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　　/s/ Henry Ponton
Eddie J. Smith　　　　　　　　　　　　　　　　Henry Ponton
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2536
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: May 15, 2017

Michael Henderson
Docket No. 5:11-CR-90-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the __16__ day of __May__, 2017, and ordered filed and made part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge